

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00282-CV

RAMSAY RAMSEY AND
FRANK ALLEN RAMSEY,

                                    **Appellants**

 v.

THOMAS CHAVERS,

                                    **Appellee**


_____


**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 14-000376-CV-CCL2**

---

## MEMORANDUM  OPINION

---

Ramsay Ramsey and Frank Allen Ramsey appeal from the trial court's May 18, 2015 judgment.  Appellants' brief was originally due on October 29, 2015.  By letter dated November 20, 2015, this Court notified Appellants that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter.  More than 21 days

have passed, and no response has been filed. Accordingly, this appeal is dismissed. TEX.

R. APP. P. 42.3(b).


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 23, 2015
[CV06]

